ORIGINAL

BRIAN KABATECK, ESQ., SBN 152054
RICHARD KELLNER, ESQ., SBN 171416
FRANK E. MARCHETTI, ESQ., SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071
Telephone: (213) 217-5000
Fax: (213) 217-5010
email: bsk@kbklawyers.com

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

GREGORY E. KELLER (To be admitted *pro hac vice*)
DARREN T. KAPLAN (To be admitted *pro hac vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

Attorneys for Plaintiffs

Filed JUN 28 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>-against-<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 THROUGH 100, Inclusive,<br><br>Defendants. | Case No. CV 05-02579(PVT)<br>Hon. Patricia V. Trumbull<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Courtroom:  5 |

1
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1      Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for
2  Plaintiffs herein, certifies that no other parties other than those appearing in the
3  caption above have a direct, pecuniary interest in the outcome of this case. These
4  representations are made to enable the Court to evaluate possible disqualification
5  or recusal.

7  Dated: June 27, 2005            KABATECK BROWN KELLNER LLP

By: _____
      FRANK E. MARCHETTI
      Attorneys for Plaintiffs