KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CLEMENT S. ROBERTS - #209203
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. C 05 02579 <br><br> **E-FILING** <br><br> **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** <br><br> Date Comp. Filed:     June 24, 2005 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: July 26, 2005                                    KEKER & VAN NEST, LLP


By: /s/ CLEMENT S. ROBERTS
CLEMENT S. ROBERTS
Attorneys for Defendant
GOOGLE, INC.

1

354679.01

Dockets.Justia.com