**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 27, 2005**

**CASE NUMBER: CV 05-02579 PVT**
**CASE TITLE: CLICK DEFENSE, INC-v-GOOGLE, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the

case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/27/05

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | | Special Projects | |
|---|---|---|---|
| Log Book Noted | 7/27/05 | Entered in Computer | 7/27/05 |

CASE SYSTEMS ADMINISTRATOR:

| Copies to: All Counsel | 7/27/05 | Transferor CSA | 7/27/05BJW |
|---|---|---|---|

Case 5:05-cv-02579-RMW    Document 7    Filed 07/27/2005    Page 2 of 2