KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CLEMENT S. ROBERTS - #209203
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:         djd@kvn.com; rmk@kvn.com

Attorneys for Defendant
GOOGLE, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive,<br><br>                          Defendants. | Case No. C 05 02579 RMW<br><br>**E-FILING**<br><br>**PROOF OF SERVICE**<br><br>Date:              **September 2, 2005**<br>Time:              **9:00 a.m.**<br>Judge:            **Hon. Ronald M. Whyte**<br><br>Date Comp. Filed:   June 24, 2005 |

357186.01

PROOF OF SERVICE
CASE NO. C 05 02579 RMW

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 22, 2005, I served the following document(s):

**GOOGLE, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

☑ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Gregory E. Keller, Esq.
Darren T. Kaplan, Esq.
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA  30309

Executed on August 22, 2005, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

        /s/  Maria V. Sundita
        MARIA V. SUNDITA