RECEIVED AUG 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED AUG 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>    Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**ORDER APPROVING APPLICATION OF DARREN T. KAPLAN TO APPEAR *PRO HAC VICE*** |

    Darren T. Kaplan, an active member in good standing of the bar of New York and Connecticut, whose business address and telephone number is Chitwood Harley Harnes LLP, 2300 Promenade II, 1230 Peachtree Street, NE, Atlanta, GA 30309 (404) 873-3900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Click Defense, Inc. a Colorado corporation, individually and on behalf of all others similarly situated,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/23/05

_____
Hon. Ronald M. Whyte, USDJ

Order Approving Application- 1