RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>    Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**DECLARATION OF DARREN T. KAPLAN IN SUPPORT OF CLICK DEFENSE, INC.'S MOTION TO ENLARGE TIME**<br><br>**Date: September 2, 2005**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Ronald M. Whyte** |

**DECLARATION OF DARREN T. KAPLAN
IN SUPPORT OF MOTION TO ENLARGE TIME**

I, Darren T. Kaplan, declare as follows

1. I am a member of the law firm of Chitwood Harley Harnes LLP. My business address is 2300 Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309.

2. I was admitted *pro hac vice* in this Court by Order dated August 23, 2005.

3. I submit this declaration in support of Plaintiff Click Defense, Inc.'s ("Click Defense") Motion to Enlarge Time pursuant to Civil L.R. 6-3 thereby formally permitting Click Defense to serve and file its opposition to Defendant Google Inc.'s ("Google") Motion to Dismiss of August 19, 2005 .

4. Google's Motion to Dismiss set a hearing date of September 2, 2005. Plaintiff's attorneys wrongfully assumed that their opposition to the motion would be due no earlier than 14 days prior to the date set for hearing as would be the procedure in the United States District Court for the Central District of California (see United States District Court for the Central District of California L.R. 7-9) instead of the 21days before the hearing required under the Court's Civil L.R. 7-3(a)  Accordingly, Click Defense's attorneys served their opposition to the motion to dismiss on Google on August 19, 2005 rather than on August 12, 2005,. Only upon receipt of Google's reply did Click Defense's attorneys realize their error.

6. Formally granting Click Defense an enlargement of time to file its opposition on August 19, 2005 as a retroactive cure for Click Defense's inadvertent error would make certain that this Court will consider Plaintiff's opposition to the Motion to Dismiss and would aid in preserving the record.

7. On this date, I telephoned attorney for Google, Ryan M. Kent in order to seek a stipulation to the time change requested in this motion . Mr. Kent declined to so stipulate.

8. Should this Court decline to grant this motion, Click Defense will suffer substantial prejudice in that Google's motion to dismiss will be unopposed despite the fact that there are strong arguments for preserving one of the two causes of action Google seeks to dismiss.

9. There have been no previous time modifications in this case.

10. The requested time modification would have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 24, 2005

                                          /s
                                 Darren T. Kaplan