UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**ORDER GRANTING CLICK DEFENSE, INC.'S MOTION TO ENLARGE TIME** |

Plaintiff Click Defense, Inc., having duly moved for an Enlargement of Time in which to serve and file its Opposition to defendant's Motion to Dismiss from August 12, 2005 to August 19, 2005, and the Court having determined that such enlargement shall not effect the schedule of the case and that the failure to grant such motion may result in substantial harm or prejudice to Plaintiff Click Defense, Inc.,

IT IS HEREBY ORDERED THAT the application is granted pursuant to Civil L.R. 6-3.

Dated: _____          _____
                                                              Hon. Ronald M. Whyte U.S.D.J.

ORDER GRANTING MOTION TO ENLARGE TIME