```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                                                   *E-FILED - 9/2/05*
                            CIVIL MINUTES
```

**DATE: September 2, 2005**

**Case No. C-05-02579-RMW   JUDGE: Ronald M. Whyte**

**CLICK DEFENSE, INC.**             -v- **GOOGLE, INC.**
Title

**Appeared**                                **Appeared**
Attorneys Present                           Attorneys Present

**COURT CLERK: Jackie Garcia      COURT REPORTER: Lee-Anne Shortridge**

### PROCEEDINGS

### DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from both sides and the Court's tentative ruling is to grant the motion to dismiss the negligence claim as unopposed. The Court grants the motion to dismiss the unjust enrichment claim. The Court to send out a final ruling to the parties.**