KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C 05 02579 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date: October 28, 2005<br>Time: 10:30 a.m.<br>Judge: Hon. Ronald M. Whyte<br><br>Date Comp. Filed: June 24, 2005<br>Trial Date: None Set |

361699.02

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. C 05 02579 RMW

1   On October 28, 2005, this Court held a Case Management Conference in the above-titled
2 action.  Upon consideration of the arguments of counsel, as well as the relevant papers and
3 pleadings in this action, and good cause appearing therefore, the Court HEREBY ORDERS as
4 follows:

5    1.   Pre-Class Certification Discovery: The parties may serve only the following
6 written discovery: (a) requests for the production of documents and things, and (b) not more than
7 twenty interrogatories including all discrete subparts.  The parties may each take a total of five
8 depositions.

9    2.   Schedule:

| Date | Event |
|---|---|
| 11/14/05 | Deadline for plaintiff to amend complaint; |
| 2/6/06 | Deadline for plaintiff to file motion for class certification; |
| 3/20/06 | Deadline for defendant to file response to plaintiff's motion for class certification; |
| 4/10/06 | Deadline to complete discovery on class certification issues; |
| 4/17/06 | Deadline for plaintiff to file reply in support of its motion for class certification; |
| 5/2/05 | Parties to exchange exhibit lists and pre-marked exhibits for class certification hearing; |
| 5/12/06 | Hearing on Motion for Class Certification at 9:00 a.m.; and |
| 5/12/06 | Case Management Conference at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated:

By: _____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE