UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/28/05*

CIVIL MINUTES

DATE: October 28, 2005

**Case No.** C-05-02579-RMW   **JUDGE:** Ronald M. Whyte

**CLICK DEFENSE, INC.**   -v- **GOOGLE, INC.**
Title

**Appeared**                                   **Appeared**
Attorneys Present                              Attorneys Present

**COURT CLERK:** Jackie Garcia      **COURT REPORTER:** Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**
**Hearing Held. The parties will move for consolidation with the Mizera case.:**

**Motion for class certification is set for 5/12/06 @ 9:00 am and Further Case**

**Management Conference is set for 5/16/06 @ 10:30 am. Discovery is limited to:**

**Depositions - 5 per side; 1 set of interrogatories (not to exceed 20 questions);**

**no limit on Document Request. Defendant to prepare order following the**

**conference.**