1  RICHARD L. KELLNER, SBN 171416
   FRANK E. MARCHETTI, SBN 203185
2  KABATECK BROWN KELLNER LLP
   350 South Grand Avenue, 39th Floor
3  Los Angeles, California 90071-3801
   Telephone:  (213) 217-5000
4  Facsimile:   (213) 217-5010

5  DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
   GREGORY E. KELLER  (To be admitted *Pro Hac Vice*)
6  CHITWOOD HARLEY HARNES LLP
   2300 Promenade II
7  1230 Peachtree Street, NE
   Atlanta, Georgia 30309
8  Telephone: (404) 873-3900
   Facsimile:  (404) 876-4476
9
   SHAWN KHORRAMI, SBN 180411
10 LAW OFFICES OF SHAWN KHORRAMI
   14550 Haynes Street, Third Floor
11 Van Nuys, California 91411
   Telephone: (818) 947-5111
12 Facsimile:  (818) 947-5121

13
   Attorneys for Plaintiff
14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17                               SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**DECLARATION OF SCOTT BOYENGER IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS REPRESENTATIVE PLAINTIFF AND TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE**<br><br>**Date: January 13, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Ronald M. Whyte** |

### DECLARATION OF SCOTT BOYENGER
### IN SUPPORT OF MOTION FOR LEAVE

1
DECLARATION OF SCOTT BOYENGER
CASE NO. C-05-02579-RMW

**TO WITHDRAW AS REPRESENTATIVE PLAINTIFF
AND TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS**

I, Scott Boyenger, declare as follows

1. I am the Chief Executive Officer of Click Defense, Inc. ("Click Defense").

2. Click Defense does not believe that it can continue to serve as the representative plaintiff in this action and hereby seeks leave withdraw as representative plaintiff.

3. Click Defense also seeks leave to dismiss its individual claims against Google, Inc. ("Google") without prejudice with the intended result that Click Defense will then proceed in this litigation as an absent class member with the same right to opt out or object to any subsequent settlement as any other absent class member.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 28, 2005

_____
Scott Boyenger

2
DECLARATION OF SCOTT BOYENGER
CASE NO. C-05-02579-RMW