RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**DECLARATION OF CLARENCE E. BRIGGS IN SUPPORT OF MOTION TO SUBSTITUTE INTO ACTION AS REPRESENTATIVE PLAINTIFF**<br><br>Date: January 13, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Ronald M. Whyte |

**DECLARATION OF CLARENCE E. BRIGGS
IN SUPPORT OF MOTION TO SUBSTITUTE**

I, Clarence E. Briggs, declare as follows

1. I am the founder and Chief Executive Officer of Advanced Internet Technologies, Inc. ("AIT"). AIT is a privately held North Carolina corporation whose primary business is internet hosting for other businesses. AIT currently hosts over 210,000 web sites on behalf of thousands of entities including Time Warner, Microsoft, the U.S. federal government, the United Nations, the Oakridge Boys, the Sate of North Carolina, the Department of Defense, Pizza Hut, Goodyear, Discover Radio and many more.

2. AIT's 140 employees oversee and operate a vast network of servers from our 93,000 Square foot data center in Fayetteville, North Carolina. AIT has annual revenue of $30 million and is a two time INC 500 Winner and a four time Deloitte & Touche Winner. In 2000, the North Carolina Technological Development Authority, Inc. selected me to be the recipient of the Entrepreneur of the Year award.

3. I submit this declaration in support of the motion to substitute AIT as the representative plaintiff in this putative class action against Google, Inc. ("Google") on behalf of all participants in Google's "AdWords" program.

4. AIT began its participation in Google's AdWords program in 2003. From that time until we ended our relationship with Google in 2005, AIT spent approximately $475,000 on Google's AdWords program. Our experience with the AdWords program was not a good one and our own investigation showed that we were routinely charged for literally thousands of fraudulent clicks.

5. I have extensively reviewed the Complaint filed in this action on June 24, 2005 and adopt it as AIT's own complaint in the action.

6. AIT is also prepared to discharge its responsibilities as representative plaintiff in this action and has the necessary resources and staff to see this case through to resolution. I am prepared to testify at deposition and at trial.

7. AIT will not accept payment for serving as a representative plaintiff beyond its pro rata share of any recovery, except reasonable costs and expenses directly related to the class representation, as ordered or approved by the Court pursuant to law.

8. I understand that AIT's ability to share in any recovery as a member of the proposed class is unaffected by its decision to serve as a representative plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 5, 2005

_____
Clarence E. Briggs