RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE, INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., a Delaware corporation and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO: (1) WITHDRAW AS REPRESENTATIVE PLAINTIFF; (2) DISCONTINUE INDIVIDUAL CLAIMS WITHOUT PREJUDICE; (3) SUBSTITUTE ADVANCED INTERNET TECHNOLOGIES, INC. AS REPRESENTATIVE PLAINTIFF; and (4) AMEND THE CAPTION**<br><br>**Date: January 13, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Ronald M. Whyte**<br><br>Date Complaint Filed: June 24, 2005 |

1
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW, ETC.**
CASE NO. C-05-02579-RMW

On January 13, 2005, Plaintiff Click Defense, Inc. ("Click Defense") came before this Court and moved for leave to: (1) withdraw as representative plaintiff; (2) discontinue its individual claims against Defendant Google, Inc. without prejudice; (3) substitute Advanced Internet Technologies, Inc. for Click Defense as representative plaintiff; and (4) amend the caption accordingly on the ground that leave to do all of the proceeding shall be freely given in the absence of countervailing factors.

Having considered the moving and opposing papers, and all other matters presented to this Court, the motion is GRANTED.

Dated: _____, 2005

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge