1 KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
2 710 Sansome Street
San Francisco, CA 94111-1704
3 Telephone: (415) 391-5400
Facsimile: (415) 397-7188
4
Attorneys for Defendant
5
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 12/7/05*

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, Individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive,<br><br>                   Defendants. | Case No. C 05 02579 RMW<br><br>**CASE MANAGEMENT ORDER**<br><br>Date:    October 28, 2005<br>Time:    10:30 a.m.<br>Judge:    Hon. Ronald M. Whyte<br><br>Date Comp. Filed:    June 24, 2005<br>Trial Date:    None Set |

361699.02

CASE MANAGEMENT ORDER
CASE NO. C 05 02579 RMW

1  On October 28, 2005, this Court held a Case Management Conference in the above-titled
2  action. Upon consideration of the arguments of counsel, as well as the relevant papers and
3  pleadings in this action, and good cause appearing therefore, the Court HEREBY ORDERS as
4  follows:

5  1. <u>Pre-Class Certification Discovery</u>: The parties may serve only the following
6  written discovery: (a) requests for the production of documents and things, and (b) not more than
7  twenty interrogatories including all discrete subparts. The parties may each take a total of five
8  depositions.

9  2. <u>Schedule</u>:

| | |
|---|---|
| 11/14/05 | Deadline for plaintiff to amend complaint; |
| 2/6/06 | Deadline for plaintiff to file motion for class certification; |
| 3/20/06 | Deadline for defendant to file response to plaintiff's motion for class certification; |
| 4/10/06 | Deadline to complete discovery on class certification issues; |
| 4/17/06 | Deadline for plaintiff to file reply in support of its motion for class certification; |
| 5/2/05 | Parties to exchange exhibit lists and pre-marked exhibits for class certification hearing; |
| 5/12/06 | Hearing on Motion for Class Certification at 9:00 a.m.; and |
| 5/12/06 | Case Management Conference at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated: 12/7/05

By: /S/ RONALD M. WHYTE
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE