| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| 2 | DARALYN J. DURIE - #169825<br>DAVID J. SILBERT - #173128 |
| 3 | 710 Sansome Street<br>San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400<br>Facsimile:   (415) 397-7188 |
| 5 | Email: ddurie@kvn.com<br>          dsilbert@kvn.com |
| 6 | Attorneys for Defendant<br>GOOGLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLICK DEFENSE INC., a Colorado corporation, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>                                    Defendants. | Case No. C 05 02579  RMW<br><br>**[PROPOSED] ORDER**<br><br>Date:    January 13, 2006<br>Time:   9:00 a.m.<br>Judge:   Hon. Ronald M. Whyte |

364438.01

[PROPOSED] ORDER
Case No. C 05 02579  RMW

Dockets.Justia.com

1  On January 13, 2006, the Court heard plaintiff Click Defense, Inc's ("Click Defense")
2  Motion for leave to (1) withdraw as representative plaintiff of the putative class; (2)
3  "discontinue" its individual claims against defendant Google, Inc. ("Google") without prejudice;
4  (3) substitute Advanced Internet Technologies, Inc. ("AIT") for Click Defense as representative
5  plaintiff of the putative class; and (4) amend the caption accordingly.  Having considered the
6  parties' arguments and submissions, the Court orders as follows:
7      1.  The Court construes Click Defense's moving papers, including the Declaration of
8  Clarence E. Briggs, AIT's founder and Chief Executive Officer, as a motion by AIT to intervene
9  as putative class representative under Fed. R. Civ. P. 24, and a corresponding motion by Click
10  Defense to dismiss its action under Fed. R. Civ. P. 41(a)(2).
11      2.  The Court GRANTS both motions, and further ORDERS that:
12          a.  Neither Click Defense, AIT, nor their counsel shall seek to further change
13  the class representatives in this action, or any action consolidated with this one, except upon a
14  showing of good cause.  The showing shall be based upon developments after the date of this
15  Order, or upon facts that are not known by Click Defense, AIT, or their counsel as of the date of
16  this Order and could not have been known by them in the exercise of reasonable diligence.
17          b.  As a condition of dismissing its action, Click Defense shall respond to
18  reasonable discovery requests propounded by Google in this litigation.  Such discovery shall
19  include producing documents, producing a witness or witnesses for one seven-hour deposition on
20  topics designated by Google, and such other discovery as the Court may Order.  This Court shall
21  retain jurisdiction over any disputes relating to discovery from Click Defense, and as a further
22  condition of dismissing its action, Click Defense consents to litigate any such disputes in this
23  Court.

364438.01

3. The caption in this matter shall be amended consistent with this Order.

IT IS SO ORDERED.

Dated:

By: _____
RONALD M. WHYTE
United States District Judge