# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED - 1/13/06\***

## CIVIL MINUTES

**DATE: January 13, 2006**

**Case No. C-05-02579-RMW**          **JUDGE: Ronald M. Whyte**

**CLICK DEFENSE, INC.**          **-v- GOOGLE, INC.**
**Title**

**Appeared**                                        **Appeared**
**Attorneys Present**                    **Attorneys Present**

**COURT CLERK: Jackie Garcia**          **COURT REPORTER: Lee-Anne Shortridge**

## PROCEEDINGS

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AS REPRESENTATIVE PLAINTIFF; DISCONTINUE INDIVIDUAL CLAIMS WITHOUT PREJUDICE; SUBSTITUTE ADVANCED INTERNET TECHNOLOGIES AS REPRESENTATIVE PLAINTIFF; AND TO AMEND CAPTION**

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from both sides and the Court's tentative ruling is to grant plaintiff's motion without imposing the condition that plaintiffs show good cause to change putative class representative again. Discovery is imposed on Click Defense. Defendants can do 1 set of document request (narrowly tailored) and 1 7 hr. deposition. The Court will retain jurisdiction over the discovery issue. The Court to send out a final ruling to the parties.**