| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | DAVID J. SILBERT - #173128 |
| | 710 Sansome Street |
| 3 | San Francisco, CA  94111-1704 |
| | Telephone:   (415) 391-5400 |
| 4 | Facsimile:   (415) 397-7188 |
| | Email: ddurie@kvn.com |
| 5 |        dsilbert@kvn.com |

Attorneys for Defendant GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive,<br><br>                              Defendants. | Case No. C 05 02579 RMW<br><br>Consolidated with<br>Case No. C 05 02885 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge:      Hon. Ronald M. Whyte<br><br>Date Comp. Filed:     June 24, 2005<br><br>Trial Date:  None set |
| STEVE MIZERA, an Individual, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>GOOGLE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>                              Defendants. | |

366592.01

**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

Dockets.Justia.com

## **STIPULATION**

WHEREAS, the hearing on plaintiffs' motion for class certification is set for May 16, 2006 at 10:30 a.m.; and

WHEREAS, plaintiffs' opening brief is currently due on February 6, 2006; Google's opposition is currently due on March 20, 2006; and plaintiffs' reply is currently due on April 17, 2006; and

WHEREAS, the parties mutually desire to amend this briefing schedule <u>without</u> affecting the hearing date or the Court's calendar;

NOW THEREFORE, the parties hereby stipulate that the plaintiffs' opening brief shall be filed and served no later than March 6, 2006; and Google's opposition shall be filed and served no later than April 3, 2006.

Dated: February 2, 2006                                              KEKER & VAN NEST, LLP

By: _____/s/ David Silbert_____
DARALYN J. DURIE
DAVID J. SILBERT

Attorneys for Defendant GOOGLE, INC.

Dated: February 2, 2006                                              CHITWOOD HARLEY HARNES LLP

By: _____/s/ Darren Kaplan _____
DARREN KAPLAN, ESQ.

Attorneys for Plaintiffs
ADVANCED INTERNET
TECHNOLOGIES, INC. and STEVE
MIZERA

1
**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

366592.01

## ORDER

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' opening brief in support of their motion for class certification shall be filed and served no later than March 6, 2006; and Google's opposition shall be filed and served no later than April 3, 2006.

IT IS SO ORDERED.

Dated:

By: _____
    Honorable Ronald M. Whyte
    United States District Judge

366592.01

2
**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

1  I attest that Darren Kaplan has authorized me to electronically sign this document on his
2 behalf.

3 Dated: February 2, 2006               KEKER & VAN NEST, LLP

By: _____/s/ David Silbert_____
       DAVID J. SILBERT

Attorneys for Defendant GOOGLE, INC.

366592.01

3
**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**