KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
DAVID J. SILBERT - #173128
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: ddurie@kvn.com
       dsilbert@kvn.com

Attorneys for Defendant GOOGLE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, Individually and on behalf of all others similarly situated, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>GOOGLE, INC., a Delaware corporation, and DOES 1 through 100, Inclusive, <br><br>　　　　　　　　　　　Defendants. | Case No. C 05 02579 RMW <br><br> Consolidated with <br> Case No. C 05 02885 RMW <br><br> **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE** <br><br> Judge:      Hon. Ronald M. Whyte <br><br> Date Comp. Filed:     June 24, 2005 <br><br> Trial Date:  None set |
| STEVE MIZERA, an Individual, individually and on behalf of all others similarly situated, <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>GOOGLE, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br>　　　　　　　　　　　Defendants. | |

366592.01

**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

## STIPULATION

WHEREAS, the hearing on plaintiffs' motion for class certification is set for May 16, 2006 at 10:30 a.m.; and

WHEREAS, plaintiffs' opening brief is currently due on February 6, 2006; Google's opposition is currently due on March 20, 2006; and plaintiffs' reply is currently due on April 17, 2006; and

WHEREAS, the parties mutually desire to amend this briefing schedule <u>without</u> affecting the hearing date or the Court's calendar;

NOW THEREFORE, the parties hereby stipulate that the plaintiffs' opening brief shall be filed and served no later than March 6, 2006; and Google's opposition shall be filed and served no later than April 3, 2006.

Dated: February 2, 2006                                KEKER & VAN NEST, LLP


By: _____/s/ David Silbert_____
DARALYN J. DURIE
DAVID J. SILBERT

Attorneys for Defendant GOOGLE, INC.

Dated: February 2, 2006                                CHITWOOD HARLEY HARNES LLP


By: _____/s/ Darren Kaplan_____
DARREN KAPLAN, ESQ.

Attorneys for Plaintiffs
ADVANCED INTERNET TECHNOLOGIES, INC. and STEVE MIZERA

## ORDER

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' opening brief in support of their motion for class certification shall be filed and served no later than March 6, 2006; and Google's opposition shall be filed and served no later than April 3, 2006.

IT IS SO ORDERED.

Dated: 2/6/06

By: <u>  /S/ RONALD M. WHYTE       </u>
     Honorable Ronald M. Whyte
     United States District Judge

1 | I attest that Darren Kaplan has authorized me to electronically sign this document on his
2 behalf.

3 Dated: February 2, 2006                                          KEKER & VAN NEST, LLP

By: _____/s/ David Silbert_____
DAVID J. SILBERT

Attorneys for Defendant GOOGLE, INC.

3
**Stip. and Prop. Order to Amend Briefing Schedule**
**Case No. C 05 02579 RMW Consolidated with C 05 02885 RMW**

366592.01