RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., et al,<br><br>Defendant | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**DECLARATION OF CLARENCE E. BRIGGS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**Date: May 12, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Ronald M. Whyte** |

### DECLARATION OF CLARENCE E. BRIGGS

1
DECLARATION OF CLARENCE E. BRIGGS IN SUPPORT OF CERTIFICATION
CASE NO. C-05-02579-RMW

## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Clarence E. Briggs, declare as follows

1. I am the founder and Chief Executive Officer of Advanced Internet Technologies, Inc. ("AIT"). AIT is a privately held North Carolina corporation whose primary business is Internet hosting for other businesses. AIT currently hosts over 210,000 web sites on behalf of thousands of entities including Time Warner, the U.S. federal government, the United Nations, the Oakridge Boys, the State of North Carolina, the Department of Defense, Pizza Hut, Goodyear, Discover Radio and many more.

2. AIT's 140 employees oversee and operate a vast network of servers from our 93,000 Square foot data center in Fayetteville, North Carolina. AIT has annual revenue of $30 million and is a two time INC 500 Winner and a four time Deloitte & Touche Winner.

3. I submit this declaration in support of the motion to certify a class in this action and to appoint AIT as the representative plaintiff for the class.

4. AIT began its participation in Google's AdWords program in 2003. From that time until we ended our relationship with Google in 2005, AIT spent approximately $475,000 on Google's AdWords program.

5. AIT is a party to the standard online form contract for Adwords known as the Google, Inc. AdWords Program Terms ("AdWords Program Terms") the most current version of which may be viewed at the AdWords website: https://adwords.google.com/select/TCUSbilling.html. A copy of this document is annexed hereto as Exhibit "A."

6. The AdWords Program Terms provide that advertisers "shall be charged based on *actual clicks* . . ." (emphasis added). Further, the AdWords Program Terms specifically provide that:

> These Google Inc. AdWords Program Terms ("Terms") are entered into by you and Google Inc. ("Google") regarding the Google AdWords Program ("Program") as further described in the Program's frequently asked questions at https://adwords.google.com/support/bin/index.py?fulldump=1 (the "FAQs") (collectively, the "Agreement").

7. The FAQs, which are linked to the AdWords Program Terms, provide as follows:

> **Do I pay for every click on my ad?**
>
> With Google AdWords cost-per-click (CPC) pricing, you pay whenever someone clicks on your ad . . . See our high click volume FAQ for more information about sources of legitimate clicks.
>
> If you suspect that your ads have been affected by invalid clicks, *see the AdWords help center to learn more about AdWords click quality.* (Emphasis added)

A copy of this FAQ page is annexed hereto as Exhibits "B."

8. The AdWords Help Center which is linked to the FAQs provides as follows:

> **What does Google do when invalid clicks are detected?**
>
> Google actively implements several <u>click protection techniques</u> in order to combat invalid click activity. Clicks that Google determines invalid are automatically filtered from your reports. In addition, we apply the following policies for the protection of AdWords advertisers:
>
> - If we find that invalid clicks have escaped automatic detection, you'll receive a credit for those clicks. This credit will appear on the Billing Summary page of the My Account section in your AdWords account, labeled *Adjustment - Click Quality.*
> - Any advertiser or publisher participating in invalid click activity or any related offense is subject to legal prosecution. We will also take the appropriate action on the related account.
>
> **How will Google credit my account for invalid clicks?**

3
DECLARATION OF CLARENCE E. BRIGGS IN SUPPORT OF CERTIFICATION
CASE NO. C-05-02579-RMW

> Google constantly monitors for, and strictly prohibits, invalid click activity. We work hard to maintain the integrity of our advertising program and to make sure you're being billed for legitimate clicks on your ads. If we discover that you've been charged for invalid clicks in the past two months, we'll apply credits to your account.
>
> **What kinds of clicks does Google consider invalid?**
>
> Some sources of invalid clicks include:
>
> - Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
> - Clicks by automated tools, robots, or other deceptive software.
>
> We closely monitor these and other scenarios to better protect you from receiving invalid clicks.

Copies of these pages from the AdWords Help Center are annexed hereto as Exhibits "C," "D" and "E," respectively.

9. AIT's attorneys have provided me with a Declaration of Alana Karen, Online Operations Manager for Policy for Google, submitted by Google in a matter known as <u>Lane's Gifts and Collectibles, L.L.C. et. al. v. Yahoo! Inc., et. al</u>, in the Circuit Court of Miller County Arkansas which states that:

> Every AdWords customer is required to agree to a contract with Google before they are able to place any advertisements with Google. The vast majority of these agreements are online agreements that the advertiser accepts by clicking a button. There is thus no signature page or other printed record of the specific agreement.

This declaration is consistent with AIT's own experience with AdWords. A copy of this declaration is annexed hereto as Exhibit "F."

10. Every machine that is on a network (a local network, or the network of the Internet) has a unique Internet Protocol address ("IP address") consisting of four sets of numbers divided by period with up to three numbers in each set. (I.e. 64.139.27.165) - If a machine does

not have an IP address it cannot be on a network. The IP address is the most common way to track back to an individual on the Internet.

11. Because AIT is an Internet hosting company, we own the servers that host our website www.AIT.com and we maintain our own records of traffic to those servers. These records are known as "log files." Clicks on AIT's ads in AdWords lead to the www.AIT.com website. The log files contain information showing not only the click on our AdWords ad but also the IP address of the "clicker."

12. In the summer of 2005, my employees and I began to notice that we were experiencing sharply increasing traffic to our website originating from AdWords but were not experiencing a corresponding increase in transactions.

13. In an effort to discover the source of the discrepancy, in September 2005, I directed my employees to examine the log files for the servers hosting www.AIT.com. We analyzed the log files for the months of June, July and August 2005 and audited all traffic directed to www.AIT.com from our AdWords ads.

14. We discovered that an alarming percentage of clicks for which we had already paid Google were "invalid clicks" as the term is defined in the AdWords Help Center. Specifically, we saw multiple clicks from the same IP addresses over a very short period of time. The "clickers" did not stay on the AIT site, but instead returned to the referring website hosting the AIT AdWords ad and clicked through again and again. These clicks were incontestably "clicks by automated tools, robots, or other deceptive software," i.e., clicks that Google claims to consider invalid as described in the AdWords Help Center [Exhibit "E"]. It would be impossible for a human being to repeat this pattern of clicks in such rapid succession.

15. On September 7, 2005, John N. Horton, our then VP of Marketing e-mailed Google advising them that we had been charged for invalid clicks and providing a detailed account of which clicks we had identified as invalid.

16. On September 8, 2005, we received an e-mail from Google acknowledging our correspondence, reciting Google's invalid click policies in identical form to the FAQs and promising that Google's "invalid click team will be in touch shortly."

17. Despite Google's e-mail, we never heard back from them again with regard to this matter and, nor did AIT ever receive a credit from Google for the charges for invalid clicks.

18. I have learned that invalid clicks (popularly known as "click fraud") are an enormous problem for Google and that as many as 20% of all clicks on paid search ads may be invalid. One of the sources of my information is an article that appeared on CNNMoney.com (which includes the 20% estimate) wherein Google's CFO George Reyes is quoted as stating that click fraud the "biggest threat to the Internet economy" and a potential threat to Google's "business model." A copy of the article to which I am referring is annexed hereto as Exhibit "G."

19. The "Bible" of Internet business and culture, <u>Wired Magazine</u>, recently spotlighted the enormity of the problem that invalid clicks represent to the entire online economy in a cover story entitled "How Click Fraud Could Swallow the Internet." A copy of this article is annexed hereto as Exhibit "H."

20. AIT is not the only advertiser with whom Google has breached its contractual promised not to charge for invalid clicks. At a recent Search Engine Strategies Conference in New York, Google AdWords customers engaged in heated exchanges with Google about their

continuing failure to refrain from charging advertisers for invalid clicks. Copies of articles describing the Conference are annexed hereto as Exhibits "I" and "J."

21. AIT is prepared to discharge its responsibilities as representative plaintiff in this action and has the necessary resources and staff to see this case through to resolution. I am prepared to testify at deposition and at trial.

22. AIT has retained competent legal counsel to represent it and the proposed class in this litigation. Copies of the resumes of Chitwood Harley Harnes LLP and Kabateck Brown Kellner LLP are annexed hereto as Exhibits "K" and "L" respectively.

23. AIT's interest in this litigation is solely in obtaining the maximum possible recovery and is in no way antagonistic to, the interests of the members of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 6, 2006

_____
Clarence E. Briggs