**EXHIBT "A"**

Dockets.Justia.com

**Google Inc. AdWords Program Terms**

These Google Inc. AdWords Program Terms ("**Terms**") are entered into by you and Google Inc. ("**Google**") regarding the Google AdWords Program ("**Program**") as further described in the Program's frequently asked questions at https://adwords.google.com/support/bin/index.py?fulldump=1 (the "**FAQs**") (collectively, the "**Agreement**"). "You" or "you" means the party listed on the account you create and you represent you have the authority to agree to this Agreement for that party. You represent and warrant that you are authorized to act on behalf of, and bind to this Agreement, any third party for which you generate ads. You hereby agree and acknowledge:

**1 Policies.** Program use is subject to all applicable Google and Partner policies, including without limitation the Editorial Guidelines (adwords.google.com/select/guidelines.html), Google Privacy Policy (www.google.com/privacy.html) and Trademark Guidelines (www.google.com/permissions/trademarks.html). Policies may be modified any time. You shall direct only to Google communications regarding your ads on Partner Properties. Some Program features are identified as "Beta," "Ad Experiment," or otherwise unsupported ("**Beta Features**"). Beta Features are provided "as is" and at your option and risk. You shall not disclose to any third party any information from, existence of or access to Beta Features. Google may modify ads to comply with any Google Property or Partner Property policies.

**2 The Program.** You are solely responsible for all: (a) keywords and ad targeting options (collectively "**Targets**") and all ad content and ad URLs ("**Creative**"), whether generated by or for you; and (b) web sites proximately reachable from Creative URLs and your services and products (collectively "**Services**"). You shall protect your passwords and take full responsibility for your own, and third party, use of your accounts. Ads may be placed on (y) any content or property provided by Google ("**Google Property**"), and unless opted-out by you (z) any other content or property provided by a third party ("**Partner**") upon which Google places ads ("**Partner Property**"). Google or Partners may reject or remove any ad or Target for any or no reason. You may independently cancel online any campaign at any time (such cancellation is generally effective within 24 hours). Google may cancel immediately any IO, the Program or these Terms at any time with notice (additional notice is not required to cancel a reactivated account). Google may modify the Program or these Terms at any time without liability and your use of the Program after notice that Terms have changed indicates acceptance of the Terms. Sections 1, 2, 4,

5, 6 and 7 will survive any expiration or termination of this Agreement.

**3 Prohibited Uses.** You shall not, and shall not authorize any party to: (a) generate automated, fraudulent or otherwise invalid impressions or clicks; or (b) advertise anything illegal or engage in any illegal or fraudulent business practice in any state or country where your ad is displayed. You represent and warrant that (x) all your information is correct and current; (y) you hold and grant Google and Partners all rights to copy, distribute and display your ads and Targets ("**Use**"); and (z) such Use and websites linked from your ads (including services or products therein) will not violate or encourage violation of any applicable laws. Violation of these policies may result in immediate termination of this Agreement or your account without notice and may subject you to legal penalties and consequences.

**4 Disclaimer and Limitation of Liability.** GOOGLE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION FOR NONINFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE. Google disclaims all guarantees regarding positioning or the levels or timing of: (i) costs per click, (ii) click through rates, (iii) delivery of any impressions on any Partner Property or Google Property or sections of such properties, (iv) clicks or (v) conversions for any ads or Targets. EXCEPT FOR INDEMNIFICATION AMOUNTS PAYABLE TO THIRD PARTIES HEREUNDER AND YOUR BREACHES OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW: (a) NEITHER PARTY WILL BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, PUNITIVE, OR OTHER DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY; AND (b) EACH PARTY'S AGGREGATE LIABILITY TO THE OTHER IS LIMITED TO AMOUNTS PAID OR PAYABLE TO GOOGLE BY YOU FOR THE AD GIVING RISE TO THE CLAIM. Except for payment, neither party is liable for failure or delay resulting from a condition beyond the reasonable control of the party, including but not limited to acts of God, government, terrorism, natural disaster, labor conditions and power failures.

**5 Payment.** You shall be charged based on actual clicks or other billing methods you may choose online (e.g. cost per impression). You shall pay all charges in the currency selected by you via your online AdWords account, or in such other currency as is agreed to in writing by the parties. Charges are exclusive of taxes. You are responsible for paying (y) all taxes and government charges, and (z) reasonable expenses and attorney fees

Google incurs collecting late amounts. You waive all claims relating to charges unless claimed within 60 days after the charge (this does not affect your credit card issuer rights). Charges are solely based on Google's click measurements. Refunds (if any) are at the discretion of Google and only in the form of advertising credit for Google Properties. You acknowledge and agree that any credit card and related billing and payment information that you provide to Google may be shared by Google with companies who work on Google's behalf, such as payment processors and/or credit agencies, solely for the purposes of checking credit, effecting payment to Google and servicing your account. Google may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google shall not be liable for any use or disclosure of such information by such third parties.

**6  Indemnification.** You shall indemnify and defend Google, its agents, affiliates, and licensors from any third party claim or liability (including without limitation reasonable legal fees) arising out of your Program use, Targets, Creative and Services and breach of the Agreement.

**7  Miscellaneous.** The Agreement must be construed as if both parties jointly wrote it, governed by California law except for its conflicts of laws principles and adjudicated in Santa Clara County, California. The Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. You may grant approvals, permissions and consents by email, but any modifications by you to the Agreement must be made in a writing (not including email) executed by both parties. Any notices to Google must be sent to: Google Inc., AdWords Program, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. Notice to you may be effected by sending email to the email address specified in your account, or by posting a message to your account interface, and is deemed received when sent (for email) or no more than 15 days after having been posted (for messages in your AdWords interface). A waiver of any default is not a waiver of any subsequent default. Unenforceable provisions will be modified to reflect the parties' intention, and remaining provisions of the Agreement will remain in full effect. You may not assign any of your rights hereunder and any such attempt is void. Google and you and Google and Partners are not legal partners or agents, but are independent contractors.

*April 19, 2005*

EXHIBIT A

**EXHIBIT "B"**

Your ads begin running and accruing costs only after you activate your account. When you are ready to activate yc billing information.

Available payment options depend on your billing location and currency. Please visit our payment options page to

If you opt to pay by credit card or debit card, submitting your billing information will activate your acount. Your ads almost immediately. You'll only be billed after one month or after you reach your first AdWords credit limit.

If you elect to prepay for your AdWords account, your ads will run after you submit your payment information and v

---

Are there spending requirements, a minimum contract length, or other qualifying terms?

---

There is never a minimum spending commitment when you sign up for AdWords. No minimum contract requiremer activation fee for all AdWords accounts, and prepay has a minimum payment limit. Beyond that, you have complet and you control the maximum you want to spend per click, impression, or day. This is the same no matter how you details on payment options and associated costs, please visit our payment options page.

---

Do I pay for every click on my ad?

---

With Google AdWords cost-per-click (CPC) pricing, you pay whenever someone clicks on your ad. With site target whenever your ad is displayed, whether a click occurs or not. See our high click volume FAQ for more information

If you suspect that your ads have been affected by invalid clicks, see the AdWords help center to learn more about

---

When do you bill?

---

With the AdWords prepay option (available in select locations), you pay for your advertising before your ads run. W impressions as your ads receive them.

With the AdWords postpay option, you pay only for clicks or impressions you've actually received. You are not bille advertising charges and bill your account every 30 days, or after a certain amount of advertising charges accrue. ( AdWords program.) The postpay billing cycle is explained in more detail below.

*The Postpay Billing Cycle*
The initial credit limit is US$50 (or your local currency rate). This amount is raised incrementally each time your acc credit limit is first raised to US$200, then to US$350, and then to US$500. If you run a cost-per-click (CPC) campa per-impression (CPM) campaign, you accrue charges each time your ad is shown. The amount invoiced or billed n account generates charges very quickly.

We will consider increasing credit limits beyond US$500 for certain qualified advertisers. Although credit limits can review all such requests. Please note that if you are approved for a credit limit increase beyond US$500, you will b reached.

---

What if I have billing questions or concerns?

---

We understand that online transactions require trust. In particular, we take billing and credit card security very seric concerns about your account charges, whether they're related to security issues or not, please let us know.

Because email is not a secure means of communication, please do not email us your credit card number, bank acc We should be able to resolve the issue without this information. Please do provide us with your account's email ad regarding the matter. An AdWords Specialist will review your email and work to reach a solution as quickly as poss

About AdWords : Interested in AdWords : **Benefits of AdWords**

---

I already buy other types of online advertising. Why should I try this?

EXHIBIT B



**AdWords Help Center**

AdWords Help Center Home > About AdWords > Interested in AdWords

## Do I pay for every click on my ad?

With Google AdWords cost-per-click (CPC) pricing, you pay whenever someone clicks on your ad. With site targeting and cost-per-impression advertising, you pay whenever your ad is displayed, whether a click occurs or not. See our high click volume FAQ for more information about sources of legitimate clicks.

If you suspect that your ads have been affected by invalid clicks, see the AdWords help center to learn more about AdWords click quality.

**You may also be interested in...**

How much does AdWords cost?
When do my ads start accruing costs?
Are there spending requirements, a minimum contract length, or other qualifying terms?

**Don't see the answer to your question?** Try one of these resources:

AdWords Discussion Group - Ask questions, share answers, and post your favorite AdWords tips and tricks on Google Groups.
Learning Center - Build and test your knowledge of AdWords.
Contact Us - Let one of our AdWords Specialists help.

**Search AdWords Help Center**

examples: *reporting* or *broad matching*

Search Help Center

**Look Up Terminology**

Glossary

**Learn from other AdWords users**

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

---

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us

Exhibit "B"

**EXHIBIT "C"**



**AdWords Help Center**

AdWords Help Center Home > General Account Information > Ad Requirements and Guidelines > Invalid Clicks

## What does Google do when invalid clicks are detected?

Google actively implements several click protection techniques in order to combat invalid click activity. Clicks that Google determines invalid are automatically filtered from your reports. In addition, we apply the following policies for the protection of AdWords advertisers:

- If we find that invalid clicks have escaped automatic detection, you'll receive a credit for those clicks. This credit will appear on the Billing Summary page of the My Account section in your AdWords account, labeled *Adjustment - Click Quality*.
- Any advertiser or publisher participating in invalid click activity or any related offense is subject to legal prosecution. We will also take the appropriate action on the related account.

If you believe your account reports reflect click activity that is more extreme than ordinary user behavior or that exhibits strange patterns, please contact our click quality team.

**Other Sources of Clicks**

If you notice click activity that doesn't fit your usual patterns, please keep in mind the following possible explanations:

- Individual users may legitimately click on your ad more than one time when comparison shopping or returning to your site for more information.
- An Internet provider may assign identical IP addresses to multiple users by geographic area.
- You may see an increase in traffic if your ads have recently been approved to run on search and content sites and products in the Google Network, if you recently opted in to the Google Network, or if new sites for which your ads are relevant join our content network.
- Click traffic may vary due to seasonal interests or current events. For example, fluctuations due to seasonal promotions or special sales are common, and keywords popular at particular times of the year will also experience a higher click volume regardless of whether you have made proactive seasonal changes to your account content.

These scenarios all represent legitimate users accessing your advertisement in expected ways.

Learn more about Google's click protection strategies.

**You may also be interested in...**

Does high click volume mean I'm getting invalid clicks?
How does Google detect invalid clicks?
What kinds of clicks does Google consider invalid?

**Search AdWords Help Center**

examples: *reporting* or *broad matching*

[ Search Help Center ]

**Look Up Terminology**

Glossary

**Learn from other AdWords users**

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

Exhibit "C"

**Don't see the answer to your question?** Try one of these resources:

AdWords Discussion Group - Ask questions, share answers, and post your favorite AdWords tips and tricks on Google Groups.

Learning Center - Build and test your knowledge of AdWords.

Contact Us - Let one of our AdWords Specialists help.

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us

Exhibit "C"