**EXHIBIT "D"**



**AdWords Help Center**

AdWords Help Center Home > General Account Information > Ad Requirements and Guidelines > Invalid Clicks

## How will Google credit my account for invalid clicks?

Google constantly monitors for, and strictly prohibits, invalid click activity. We work hard to maintain the integrity of our advertising program and to make sure you're being billed for legitimate clicks on your ads. If we discover that you've been charged for invalid clicks in the past two months, we'll apply credits to your account.

You'll find any credits for invalid clicks in your billing summary as a line item labeled *Adjustment - Click Quality*.

**You may also be interested in...**

Does high click volume mean I'm getting invalid clicks?
How does Google detect invalid clicks?
What kinds of clicks does Google consider invalid?

**Don't see the answer to your question?** Try one of these resources:

AdWords Discussion Group - Ask questions, share answers, and post your favorite AdWords tips and tricks on Google Groups.
Learning Center - Build and test your knowledge of AdWords.
Contact Us - Let one of our AdWords Specialists help.

**Search AdWords Help Center**

examples: *reporting* or *broad matching*

[ Search Help Center ]

**Look Up Terminology**

Glossary

**Learn from other AdWords users**

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

---

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us

Exhibit "D"

**EXHIBIT "E"**

Case 5:05-cv-02579-RMW   Document 35-4   Filed 03/06/2006   Page 3 of 8



**AdWords Help Center**

AdWords Help Center Home > General Account Information > Ad Requirements and Guidelines > Invalid Clicks

## What kinds of clicks does Google consider invalid?

Some sources of invalid clicks include:

- Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
- Clicks by automated tools, robots, or other deceptive software.

We closely monitor these and other scenarios to better protect you from receiving invalid clicks. To learn more about what we do to combat invalid clicks, please click here.

**You may also be interested in...**

Does high click volume mean I'm getting invalid clicks?
How does Google detect invalid clicks?
How do I report suspected invalid clicks?

**Don't see the answer to your question?** Try one of these resources:

AdWords Discussion Group - Ask questions, share answers, and post your favorite AdWords tips and tricks on Google Groups.
Learning Center - Build and test your knowledge of AdWords.
Contact Us - Let one of our AdWords Specialists help.

**Search AdWords Help Center**

examples: *reporting* or *broad matching*

Search Help Center

**Look Up Terminology**

Glossary

**Learn from other AdWords users**

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us

Exhibit "E"

**EXHIBIT "F"**

IN THE CIRCUIT COURT OF MILLER COUNTY, ARKANSAS

| | |
|---|---|
| LANE'S GIFTS AND COLLECTIBLES, L.L.C., and MAX CAULFIELD d/b/a CAULFIELD INVESTIGATIONS, INDIVIDUALLY AND AS CLASS REPRESENTATIVES ON BEHALF OF ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC., OVERTURE SERVICES INC., TIME WARNER INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, ASK JEEVES, INC., BUENA VISTA INTERNET GROUP d/b/a GO.COM, GOOGLE INC., LYCOS, INC., LOOKSMART, LTD., and FINDWHAT.COM, INC.,<br><br>Defendants. | Case No. 2005-52-1<br><br>**DECLARATION OF ALANA KAREN IN SUPPORT OF DEFENDANTS GOOGLE, INC., TIME WARNER INC., AMERICA ONLINE, INC., NETSCAPE COMMUNICATIONS CORPORATION, LYCOS, INC., LOOKSMART, LTD., AND ASK JEEVES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER** |

DECL. OF ALANA KAREN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER
CIVIL ACTION NO. 05-4027
360106.01

EXHIBIT "E"

I, Alana Karen, hereby declare:

1. I am the Online Operations Manager for Policy for Google, Inc. ("Google"). I have been a Google employee since November 2001, and have held multiple positions at Google before my current position. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could and would do so competently and under oath in Miller County, Arkansas.

2. Google's online advertising service allowing advertisers to create text- or image-based ads and to display them online in a targeted manner is called "AdWords."

3. Every AdWords customer is required to agree to a contract with Google before they are able to place any advertisements with Google. The vast majority of these agreements are online agreements that the advertiser accepts by clicking a button. There is thus no signature page or other printed record of the specific agreement. A true and correct copy of the current AdWords online contract is attached hereto as Exhibit A.

4. Only two of the named plaintiffs—Lane's Gifts and Collectables, LLC and Max Caulfield Investigations—have advertised with Google. Both of these entities agreed to an AdWords contract—and to the forum selection and choice-of-law clauses therein—before they placed any advertising with Google. A true and correct copy of the AdWords contracts in effect when Lane's Gifts and Collectables signed up as an AdWords customer is attached hereto as Exhibit B. A true and correct copy of the AdWords contract in effect when Max Caulfield signed up as an AdWords customer is attached hereto as Exhibit C.

5. A very small number of Google customers have negotiated AdWords Contracts with forum selection provisions outside of Santa Clara. These agreements are printed and signed on paper. None of the forum selection provisions in these printed agreements calls for disputes relating to the contract to be litigated in Arkansas.

6. Google currently provides ads from its AdWords advertisers to the websites of co-defendants America Online, Inc., Netscape Communications Corporation, Lycos, Inc., Looksmart, LTD., and Ask Jeeves. All of the ads Google serves on these websites are served by Google pursuant to the advertising contracts between Google and the putative class members.

7. Google has no offices, employees or internet servers in the state of Arkansas and maintains no discoverable materials therein. No one I spoke to in the course of investigating the facts in connection with this declaration was aware of any Google employee ever visiting Arkansas for the purpose of marketing or promoting Google's internet advertising services. Rather, Google has its headquarters in Santa Clara, California. The servers from which Google serves its online advertising contracts are located at Google's Santa Clara, California headquarters. Google provides its AdWords service, including sending bills to its customers, from those headquarters and elsewhere outside of Arkansas.

I declare under penalty of perjury under the laws of the State of California and laws of the State of Arkansas that the foregoing is true and correct. Executed on this 13th day of October 2005, at Santa Clara, California.

_____
ALANA KAREN