RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>GOOGLE, INC., a Delaware corporation and Does 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 5:05-cv-02579-RMW<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Date: May 12, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Ronald M. Whyte**<br><br>Date Complaint Filed:  June 24, 2005 |

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. C-05-02579-RMW

On May 12, 2006, Plaintiff Advanced Internet Technologies, Inc. ("AIT") came before this Court and moved for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure certifying a plaintiff class against Defendant Google, Inc. ("Google"). Having considered the submissions of the parties and the record in this case, IT IS HEREBY ORDERED as follows:

1. Plaintiffs motion for class certification is GRANTED as to the causes of action for breach of contract and unfair business practices (under California Business & Professions Code §17200, Et Seq.).

2. The Court certifies Plaintiffs claims on behalf of a class (the "Class") of all persons and/or entities who entered into on-line form contracts known as the "Google Inc. AdWords Program Terms" for United States advertising, and paid money to Google, Inc. for "clicks" on AdWords ads from June 24, 2001 to the present date.

3. Excluded from the Class are: Google, officers and directors of Google, members of their immediate families and each of their legal representatives, heirs, successors or assigns and any entity in which Google has or has had a controlling interest.

4. The Court appoints AIT as Class Representative.

5. The Court appoints Kabateck Brown Kellner LLP, Chitwood Harley Harnes LLP and Law Offices of Shawn Khorrami as sole attorneys for the Class.

6. Attorneys for the Class shall prepare and submit within 30 days of the date of this Order a proposed form of notice to be sent to members of the Class.

7. Google shall prepare and submit to the Court and to Class Counsel within 30 days of the date of this Order a list of names and addresses of all Class members who can be identified with diligent effort.

IT IS SO ORDERED.

Dated: _____, 2006

_____
THE HONORABLE RONALD M. WHYTE
United States District Court Judge