1

2

3

4                                                              **E-FILED on** ___3/30/06_____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   ADVANCED INTERNET TECHNOLOGIES,          No. C-05-02579 RMW;
     INC., a North Carolina corporation,
13   individually and on behalf of all others       Consolidated with No. C-05-02885 RMW
     similarly situated,
14                                              ORDER REGARDING STAY REQUEST
                    Plaintiffs,
15                                              **[Re Docket No. 30 in C-05-02885]**
            v.
16
     GOOGLE, INC., a Delaware corporation, and
17   DOES 1 through 100, inclusive,

18                  Defendants.

19

20          The court has received Google, Inc.'s motion to stay but will not have an opportunity to

21   review the motion until next week.  The due date for Google's opposition to Advanced Internet

22   Technologies, Inc.'s motion for class certification is continued until further dates are set by the court.

23

24

25   DATED:      3/30/06                        _____/s/ Ronald M. Whyte_____
                                                RONALD M. WHYTE
26                                              United States District Judge

27

28

     ORDER REGARDING STAY REQUEST—No. C-05-02579 RMW; Consolidated with No. C-05-02885 RMW
     JAH

Dockets.Justia.com

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Darren T. Kaplan        dkaplan@chitwoodlaw.com
Frank E Marchetti
Gregory E. Keller        gkeller@chitwoodlaw.com
Richard L Keller         rlk@kbklawyers.com
Shawn Khorrami       skhorrami@khorrami.com

**Counsel for Defendants:**

Daralyn J. Durie         ddurie@kvn.com
Clement S. Roberts      CSR@KVN.com
David J. Silbert          djs@kvn.com
Ryan Marshall Kent     rmk@kvn.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      3/30/06               /s/ JH
                                          **Chambers of Judge Whyte**