RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone:  (404) 873-3900
Facsimile:  (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone:  (818) 947-5111
Facsimile:  (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> GOOGLE, INC.,  a Delaware Corporation, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. C 05 02579  RMW <br><br> Consolidated with <br> Case No. C 05 02885 RMW <br><br> **[PROPOSED] ORDER** <br><br> Judge:     Hon. Ronald M. Whyte |
| STEVE MIZERA, an Individual, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> GOOGLE, INC.,  a Delaware Corporation, and DOES 1 through 100, Inclusive, <br><br> Defendants | |

On March 9, 2006, defendant Google, Inc. ("Google") filed a Motion to Stay Pending Settlement.  On March 13, 2006, Advanced Internet Technologies, Inc. ("AIT") filed opposition to that motion.  On April 4, 2006, AIT moved under Civil L.R. 7-11 for an administrative order permitting AIT to file supplementary material in further opposition to Google's Motion to Stay Pending Settlement.   Having considered the parties' arguments and submissions, the Court orders as follows:

1.    AIT's motion is GRANTED.   The supplementary material annexed to AIT's motion is deemed filed and the Court shall consider same in deciding Google's Motion to Stay Pending Settlement.

IT IS SO ORDERED.

Dated:


By: _____
RONALD M. WHYTE
United States District Judge