RICHARD L. KELLNER, SBN 171416
FRANK E. MARCHETTI, SBN 203185
KABATECK BROWN KELLNER LLP
350 South Grand Avenue, 39th Floor
Los Angeles, California 90071-3801
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

DARREN T. KAPLAN (Admitted *Pro Hac Vice*)
GREGORY E. KELLER (To be admitted *Pro Hac Vice*)
CHITWOOD HARLEY HARNES LLP
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476

SHAWN KHORRAMI, SBN 180411
LAW OFFICES OF SHAWN KHORRAMI
14550 Haynes Street, Third Floor
Van Nuys, California 91411
Telephone: (818) 947-5111
Facsimile: (818) 947-5121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., a North Carolina corporation, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>vs.<br>GOOGLE, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>      Defendants. | Case No. C 05 02579 RMW<br><br>Consolidated with<br>Case No. C 05 02885 RMW<br><br>**ORDER**<br><br>Date:   January 13, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Ronald M. Whyte |
| STEVE MIZERA, an Individual, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>vs.<br>GOOGLE, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>      Defendants | |

1  On January 13, 2006, the Court heard plaintiff Click Defense, Inc's ("Click Defense's")
2  Motion for leave to (1) withdraw as representative plaintiff of the putative class; (2) discontinue
3  its individual claims against defendant Google, Inc. ("Google") without prejudice; (3) substitute
4  Advanced Internet Technologies, Inc. ("AIT") for Click Defense as representative plaintiff of the
5  putative class; and (4) amend the caption accordingly.  Having considered the parties' arguments
6  and submissions, the Court orders as follows:

7  1.  Click Defense's motion is GRANTED.  AIT shall be substituted for Click
8  Defense as the named plaintiff and putative class representative.  The caption shall be amended
9  accordingly.

10  2.  Click Defense shall produce documents in response to one set of requests for
11  production served by Google, and produce a witness or witnesses for one seven-hour deposition
12  on topics noticed by Google.  Google's requests for production and deposition notice shall be
13  narrowly tailored.  This Court will retain jurisdiction to resolve any disputes relating to this
14  discovery.

15  3.  After Click Defense produces the documents and testifies at deposition as set
16  forth in the preceding paragraph, if Google desires any additional discovery from Click Defense,
17  it must serve a subpoena under Fed. R. Civ. P. 45.  This Court expresses no opinion on the
18  propriety of any such additional discovery.

19  4.  The Court declines to order at this time that plaintiffs' counsel must make a
20  showing of good cause if they seek to change class representatives again.  The Court will decide
21  any such motion, including what showing plaintiffs' counsel must make, if and when such a
22  motion is presented.

23  IT IS SO ORDERED.

24  Dated: 4/5/06

By: __/s/ Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge