Clerk's Use Only

Initial for fee pd.:

Name, address and phone number of applicant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA



FILED
APR 0 6 2006

ADVANCED INTERNET
TECHNOLOGIES, INC., a North Carolina
corporation, individually and on behalf of
all others similarly situated,

　　　　　　Plaintiff(s),

　　v.

GOOGLE, INC., a Delaware corporation,
and DOES 1 through 100, inclusive,

　　　　　　Defendant(s).

CASE NO. C 05 02579 RMW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Gregory E. Keller, an active member in good standing of the bar of the State of New York (particular court to which applicant is admitted), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Advanced Internet Technologies, In in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

　　Brian S. Kabateck, SBN 152054
　　Kabateck Brown Kellner LLP
　　350 S. Grand Avenue, 39th Floor
　　Los Angeles, CA 90071-3801
　　(213) 217-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2006