UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED** APR 14 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADVANCED INTERNET TECHNOLOGIES, INC.,
a North Carolina corporation, individually and
on behalf of all others similarly situated,

Plaintiff(s),
v.
GOOGLE, INC., a Delaware corporation,
and DOES 1 through 100, inclusive,

Defendant(s).

CASE NO. C 05 02579 RMW

(Proposed)

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Gregory K. Keller , an active member in good standing of the bar of the State of New York (particular court to which applicant is admitted) whose business address and telephone number is Chitwood Harley Harnes LLP
1230 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
(404) 873-3900

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Advanced Internet Technologies, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 4/14/06

Ronald M. Whyte
United States District Judge

Dockets.Justia.com